# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WINSOUTH CREDIT UNION, ) <br> Individually and on Behalf of All ) <br> Similarly Situated, ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MAPCO EXPRESS, INC., and ) <br> DELEK US HOLDINGS, INC., ) <br> ) <br>     Defendants. ) | CASE NO.: 3:14-cv-01573 <br><br> **Judge Haynes** |

## MOTION TO REOPEN CASE

Plaintiffs Winsouth Credit Union, on behalf of itself and all others similarly situated (collectively "Winsouth"), file this motion requesting the Court reopen this matter in accordance with the Court's September 23, 2014 order (Dkt. No. 18, the "Order"). The Order closed this case pending the Joint Panel on Multidistrict Litigation's (the "JPML") decision on a pending transfer motion in MDL No. 2579, *In Re: MAPCO Express, Inc., Customer Data Security Breach Litigation* (the "MAPCO MDL"). On November 17, 2014, the JPML entered an order closing the Mapco MDL after the petition to transfer was withdrawn.[1] This case is now no longer before the JPML and can proceed unabated in the current venue.

Accordingly, Winsouth respectfully requests that the Court reopen this case and set a Rule 26 case management conference at its earliest convenience.

---

[1] *See* MDL 2579, Dkt. No. 24.

 /s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV (BPR #023045)
Benjamin A. Gastel (BPR# 028699)
Branstetter, Stranch & Jennings, PPLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Telephone: 615-254-8801
Facsimile:  615-250-3937
gerards@branstetterlaw.com
beng@branstetterlaw.com

Joseph P. Guglielmo
Scott+Scott, Attorneys At Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Additionally, a copy of the foregoing will be placed in the mail to:

John E. Goodman
John Thomas Richie
Michael R. Pennington
Reed Thomas Warburton
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 5th Avenue North
P.O. Box 830709
Birmingham, AL  35203

*Counsel for Mapco Express, Inc. and Delek U.S. Holdings, Inc.*

Dated: March 20, 2015        /s/ J. Gerard Stranch, IV
                             J. Gerard Stranch, IV