UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WINSOUTH CREDIT UNION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:14-cv-01573 |
| | ) | JUDGE CRENSHAW |
| MAPCO EXPRESS, INC., and | ) | |
| DELEK US HOLDINGS, INC., | ) | |
| | ) | |
| Defendants. | | |

## ORDER

Defendants' motion for extension of time to finalize and submit settlement documentation (Doc. No. 41) is **GRANTED** as requested. The parties must submit their settlement documentation for preliminary approval on or before August 25, 2016. Additionally, the September 12, 2016 hearing will be a preliminary approval hearing rather than a final approval hearing.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE