UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WINSOUTH CREDIT UNION, Individually and on Behalf of All Similarly Situated,<br>    Plaintiff,<br><br>vs.<br><br>MAPCO EXPRESS, INC., and DELEK US HOLDINGS, INC.,<br><br>    Defendants. | CASE NO.: 3:14-cv-1573<br><br>Hon. Waverly D. Crenshaw Jr.<br><br>MOTION FOR AN ORDER PRELIMINARILY APPROVING PROPOSED SETTLEMENT, APPROVING NOTICE, SCHEDULING FINAL APPROVAL HEARING, AND CONDITIONALLY CERTIFYING SETTLEMENT CLASS |

1

Pursuant to Fed. R. Civ. P. 23(e), WinSouth Credit Union and First National Community Bank ("FNCB") (collectively, "Plaintiffs"), by their counsel, hereby move this Court for entry of an Order: (1) certifying the Settlement Class for purposes of settlement; (2) appointing Plaintiffs as representatives of the Settlement Class; (3) appointing Plaintiffs' Counsel as Settlement Class Counsel; (4) granting preliminary approval of the proposed Settlement; (6) directing that the notice to the Settlement Class be disseminated by the Settlement Administrator, Dahl Administration LLC, in the manner described in the Settlement; (7) establishing a deadline for Settlement Class members to request exclusion from the Settlement Class or file objections to the Settlement; and (8) setting the proposed schedule for completion of further settlement proceedings, including scheduling the final fairness hearing.

This Motion is based on the record in this case, as well as: (1) Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for an Order Preliminarily Approving Proposed Settlement, Approving Notice, Scheduling Final Approval Hearing, and Conditionally Certifying Settlement Class; (2) the Declaration of Stephen J. Teti; and (3) the several Exhibits filed therewith, as well as any additional materials or argument that may be presented to the Court.

Dated: August 25, 2016          Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR #023045)
Benjamin A. Gastel (BPR# 028699)
Branstetter, Stranch & Jennings, PPLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Telephone: 615-254-8801
Facsimile: 615-250-3937
gerards@branstetterlaw.com
beng@branstetterlaw.com

Joseph P. Guglielmo
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax:  (212) 223-6334
jguglielmo@scott-scott.com

Stephen J. Teti
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone:  860-537-5537
Facsimile:  860-537-4432
steti@scott-scott.com

E. Kirk Wood
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: (205) 612-0243
Facsimile: (866) 747-3905
ekirkwood1@bellsouth.net

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system and served via ECF and/or via United States mail, postage pre-paid, upon the following:

> Edmund Scott Sauer
> Bradley Arant Boult Cummings LLP (Nashville Office)
> 1600 Division Street
> Suite 700
> Nashville, TN 37203-0025
>
> John E. Goodman
> John Thomas Richie
> Michael R. Pennington
> Reed Thomas Warburton
> Bradley Arant Boult Cummings, LLP
> One Federal Place
> 1819 5th Avenue North
> P.O. Box 830709
> Birmingham, AL 35203
>
> *Counsel for Mapco Express, Inc. and Delek U.S. Holdings, Inc.*

Dated: August 25, 2016              */s/ J. Gerard Stranch, IV*
                                         J. Gerard Stranch, IV